UNITED STATES of America, Plaintiff—Appellee,

v.

Andres LAURENT, Defendant—Appellant.

No. 05–4793.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2006.

Decided: March 29, 2006.

Andres Laurent, Appellant Pro Se. Paul Joseph McNulty, United States Attorney, Alexandria, Virginia; Gurney Wingate Grant, II, Laura C. Marshall, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILLIAMS, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andres Laurent appeals the district court's order denying his motion for return of forfeited property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United*

*States v. Laurent,* No. CR–03–372 (E.D.Va. July 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*